900 A.2d 796

IN THE MATTER OF AVIS COLE WILLIAMS, AN ATTORNEY AT LAW (ATTORNEY NO. 013771987).

June 22, 2006.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 06–051, concluding on the record certified to the

Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **AVIS COLE WILLIAMS** of **NORTHFIELD**, who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.4(a)(failure to keep a client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information), *RPC* 1.4(b)(failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), and *RPC* 16(d)(improper termination of representation), and good cause appearing;

It is ORDERED that **AVIS COLE WILLIAMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.